IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALTON WARREN,
ADC # 110645                                                                                           PLAINTIFF

V.                               No. 1:10CV00077-SWW-BD

ROGER TIMS                                                                                              DEFENDANT

### ORDER

Plaintiff has filed a motion requesting court-appointed counsel, a hearing, and transportation to the requested hearing. (Docket entry #13) Plaintiff's motion (#13) is DENIED.

The Plaintiff previously moved to have counsel appointed in this matter, which the Court denied. (#10 and #11) For the same reasons, Plaintiff's current motion is denied.

In addition, at this time, there is no reason to have a hearing in this matter. If and when the Court determines that a hearing is necessary, the Court will issue a transport order to secure Plaintiff's appearance at any such hearing.

Dispositive motions may be filed on or before June 1, 2011. Absent the filing of dispositive motions, the Court will appoint counsel for Plaintiff and notify Judge Susan Webber Wright that a jury trial setting on her docket is appropriate.

IT IS SO ORDERED this 1st day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE