# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ALTON WARREN,**
**ADC # 110645**                                                                                    **PLAINTIFF**

**V.**            **CASE NO. 1:10CV00077 SWW/BD**

**ROGER TIMS**                                                                                      **DEFENDANT**

## ORDER

Plaintiff's appeal [doc.#16] of the Magistrate Judge's Order [doc.#14] denying plaintiff's motion [doc.#13] to appoint counsel has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 19th day of April 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE