# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ALTON WARREN,**
**ADC # 110645**                                                                              **PLAINTIFF**

**V.**                                      **No. 1:10CV00077-SWW-BD**

**ROGER TIMS**                                                                              **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, Judgment is rendered in

favor of Defendant Roger Tims and against Plaintiff Alton Warren.

DATED this 12th day of August 2011.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE